**FILED**
CLERK, U.S. DISTRICT COURT

07/07/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AP _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>ESAU GAMALIEL GOMEZ-ZARATE,<br>   aka "Esau Gamaliel<br>      Zarate-Gomez,"<br><br>          Defendant. | ED CR No. **5:21-cr-00158-JWH**<br><br>I N D I C T M E N T<br><br>[8 U.S.C. §§ 1326(a), (b)(2):<br>Alien Found in the United<br>States Following Deportation] |

The Grand Jury charges:

[8 U.S.C. §§ 1326(a), (b)(2)]

On or about May 20, 2021, defendant ESAU GAMALIEL GOMEZ-ZARATE, also known as ("aka") Esau Gamaliel Zarate-Gomez, an alien, who had been officially deported and removed from the United States on or about December 7, 2018, was found in San Bernardino County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or his designated successor, the Secretary for

1  Homeland Security, to reapply for admission to the United States

2  following deportation and removal.

3      Defendant's previously alleged deportation and removal from

4  the United States occurred subsequent to defendant's conviction

5  for an aggravated felony, namely, Lewd Act Upon a Child, in

6  violation of California Penal Code, Section 288(a), in the

7  Superior Court of the State of California, County of San

8  Bernardino, case number FWV1101142, on or about June 15, 2011, a

9  crime that constitutes sexual abuse of a minor, for which the

10  sentence imposed was 8 years of imprisonment.

11

12                              A TRUE BILL

13

14                              _____
                                Foreperson   /s/

15

16  TRACY L. WILKISON
    Acting United States Attorney

17  SCOTT M. GARRINGER

18  Assistant United States Attorney
    Chief, Criminal Division

19

20

21  SEAN D. PETERSON
    Assistant United States Attorney

22  Acting Chief
    Riverside Branch Office

23  BYRON R. TUYAY
    Assistant United States Attorney

24  Riverside Branch Office

25

26

27

28